AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| United States of America ) | Case No. 5:21-mj-71294-MAG |
| v. ) | |
| Virginia Villicana-Tapia ) | Charging District: District of New Hampshire |
| *Defendant* ) | Charging District's Case No. 21-cr-132-JL-01 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING ~~AND TRANSFERRING BAIL~~

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | Courtroom No.: by Video |
|---|---|
| | Date and Time: 9/1/2021 11:00 am |

~~The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.~~

Date: 08/17/2021

*Judge's signature*

Virginia K. DeMarchi, Magistrate Judge
*Printed name and title*